IN THE SUPREME COURT OF THE STATE OF DELAWARE

KAREN R. HECKLER,[1]          §
                             § No. 162, 2021
   Respondent Below,          §
   Appellant,                 §
                             §
   v.                        § Court Below–Family Court
                             § of the State of Delaware
SHAWN W. HECKLER,             §
                             § File No. CS20-02666
   Petitioner Below,          § Petition No. 20-24627
   Appellee.                  §
                             §

Submitted: June 9, 2021
Decided:   June 16, 2021

## ORDER

It appears to the Court that, on May 26, 2021, the Clerk of the Court issued a notice, sent by certified mail, to the appellant, Karen R. Heckler, to show cause why her appeal should not be dismissed for this Court's lack of jurisdiction to consider a direct appeal from the decision of a Family Court Commissioner. The United States Postal Service tracking information sheet indicates that the notice was delivered to an individual at Heckler's address on May 29, 2021. A timely response to the notice to show cause was due on or before June 8, 2021. To date, Heckler has not responded to the notice to show cause. Dismissal of the appeal is therefore deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties pursuant to Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2)

and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice